IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| James Patterson and Jennifer Patterson,<br><br>                              Plaintiffs,<br>vs.<br><br>QBE Specialty Insurance Company,<br><br>                              Defendant. | Civil Action No. 4:20-cv-00208-BO |

### Order of Dismissal (*Rubin* Order)

The Court has been advised by counsel for the parties that the above action has been settled. Therefore, **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within 60 days, any party may petition the Court to reopen this action and restore it to the calendar. *See* Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, any party may within 60 days petition the Court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax Cnty.*, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the Court retains jurisdiction to enforce the settlement agreement. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381-82 (1994).

The dismissal hereunder shall be with prejudice if no action is taken under either alternative within 60 days from the filing date of this order.

*[signature]*
TERRENCE W. BOYLE
United States District Judge

August __, 2021